# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN VARGAS, an individual, | Case No. 2:19-CV-02397-JAM-EFB |
| Plaintiffs. | **ORDER FOR DISMISSAL OF DEFENDANT STARBUCKS CORPORATION WITHOUT PREJUDICE** |
| v. | |
| TARGET CORPORATION, a Minnesota Corporation; PROMESA WILSON; an individual; STARBUCKS CORPORATION, a Washington Corporation; and DOES 1-50, inclusive. | District Judge: Hon. John A. Mendez |
| Defendants. | |

## ORDER FOR DISMISSAL

Pursuant to the stipulation of parties under Federal Rule of Civil Procedure 41(a), it is hereby ordered that Defendant STARBUCKS CORPORATION be dismissed without prejudice.

Dated: March 4, 2020

                                            /s/ John A. Mendez_____
                                            Hon. John A. Mendez
                                            U.S. District Court Judge

1

**JOINT STIPULATION AND ORDER FOR DISMISSAL PURSUANT TO FRCP 41(a)**